UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRACIELA DONCOUSE,

    Plaintiff,

-against-

STRETCH HOUSE INC. et al.,

    Defendants.

21-CV-2745 (JPO) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

An affidavit of service states that plaintiff served defendants Argus Realty 218 LLC and Stretch House, Inc. with process on April 20, 2021. (Dkt. Nos. 8 and 9.) Pursuant to Fed. R. Civ. P. 12(a)(1)(A), defendants' answers were due May 11, 2021. Defendants have neither appeared nor responded to the complaint. No later than **July 16, 2021**, plaintiff shall inform the Court whether the parties have extended defendants' time to respond, or whether plaintiff intends to request a certificate of default. Plaintiff shall promptly serve this Order on defendants.

Dated: New York, New York
       July 2, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**