**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GRACIELA DONCOUSE,

                 Plaintiff,

            -against-

STRETCH HOUSE INC., et al.,

                 Defendants.
-----------------------------------------------------------X

21 **CIVIL** 2745 (JPO)

**DEFAULT JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated November 5, 2021, Plaintiff's motion for default judgment is GRANTED. Doncouse is awarded judgment against Defendants and Defendants are hereby ordered to: Provide an accessible entrance and install a ramp with appropriate slope and signage, and/or otherwise provide an accessible and properly designated entrance; Provide signage addressing people with disabilities telling them that accessible services are provided; and Provide a safe and accessible emergency exit. The injunctive relief provided must be in accordance with city, state, and federal laws including 28 CFR Part 36, Sec. 36.304 which provides instructions for the removal of barriers in existing facilities as well as the 2010 ADA Standards for Accessible Design which provides minimum requirements for public accommodations to become readily accessible and useable by individuals with disabilities; and Doncouse is awarded one thousand dollars ($1,000) in compensatory damages based on Defendants' violation of the New York State Human Rights Law and the New York City Human Rights Law. Pursuant to 28 C.F.R. §36.201(b), both the landlord and the tenant are a public accommodation and have full responsibility for complying with the ADA requirements. Therefore, Defendants are jointly and severally liable and the Order shall be enforceable as to all Defendants. Defendants are directed to comply with the

terms of the Order within sixty days of the entry of the Order. This Court will retain jurisdiction relating to Doncouse's attorneys' fees and any motion for fees shall be filed within ninety days of the entry of the Order; accordingly, this case is closed

**DATED**: New York, New York
November 5, 2021

RUBY J. KRAJICK
_____
Clerk of Court

BY: *Knango*
Deputy Clerk